**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**WESLEY GRANT BRAY** **PLAINTIFF**

**v.** **Civil No. 3:26-CV-03038-DCF**

**GEORGE EDINGS, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 11). There have been no objections, and the time to file objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects and in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY.** Accordingly, this case is **STAYED AND ADMINISTRATIVELY TERMINATED, and Plaintiff is provided 30 days from the resolution of his criminal case to move to reopen this matter.**

**IT IS SO ORDERED** on this 30th day of September 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE